# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2607
_____

BILL HARLEY SLAUGHTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

January 14, 2019


PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Matthew R. McLain, Longwood, for Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.